Ashcim, 111 App. Div. 176, 97 N. Y. Supp. 607; In re Williams' Estate, 57 Misc. Rep. 537, 109 N. Y. Supp. 974. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Charles WETZEL, appellant, v. William E. BARHITE, respondent. (Supreme Court, Appellate Division, Second Department. January 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

Albert G. WHEELER, Jr., Applt., v. Claudie T. WHEELER, Respt. (Supreme Court, Appellate Division, First Department. February 18, 1916.) Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless defendant stipulate to reduce the verdict by the sum of $2,500, in which event, judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

Samuel T. WILLIAMS and Arthur H. White, respondents, v. PETER KEELER BUILDING COMPANY and New England Casualty Company, appellants. (Supreme Court, Appellate Division, Second Department. February 11, 1916.) Judgment affirmed, with costs, and defendants may have stay of execution of 10 days after the order is entered herein. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Samuel T. WILLIAMS and another, respondents, v. PETER KEELER BUILDING COMPANY and another, appellants. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Motion denied, with $10 costs.

Francis S. WILLIAMSON v. The CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Motion denied, with $10 costs. Order filed.

WILLSON BROS. LUMBER CO. v. GARDNER WOOD CO. OF N. Y. (Supreme Court, Appellate Division, First Department. March 10, 1916.) Application denied, with $10 costs. Order signed.

Mervyn WOLFF, Respt., v. Noel J. DE VAUX et al., Applts. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Order reversed, with $10 costs and disbursements, and motion granted. No opinion. Order filed.

Mervyn WOLFF v. Noel J. DE VAUX et al. (two cases). (Supreme Court, Appellate Division, First Department. March 24, 1916.) Motion denied, with $10 costs. Order filed.

Jacob WOLFIN v. SECURITY BANK OF N. Y. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Motion granted. Order filed.

Carolina ZACKARIASON, respondent, v. Ernst ZOBEL and Louisa Zobel, appellants. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Judgment and order reversed, and new trial granted; costs to appellants to abide the event. There was no evidence of nuisance. Jaffe v. Harteau, 56 N. Y. 398, 15 Am. Rep. 438; Stamm v. Purroy, 156 N. Y. Supp. 415, decided December 24, 1915; Beauchamp v. Excelsior Brick Co., 143 App. Div. 48, 127 N. Y. Supp. 686. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

Carl ZOFFNASS, respt., v. Isaac B. LEVY, applt. (Supreme Court, Appellate Division, Third Department. March 23, 1916.) If the defendant, within 20 days, files a bond in the penalty of $600, with two sufficient sureties, conditioned for the payment of any judgment that may be recovered against him herein, and pays all costs made since the answer was served, and $10 costs of motion, the order is reversed, and his motion to open the default granted, without costs in this court; otherwise, order is affirmed, with $10 costs and disbursements. All concur, except Lyon, J., not voting.

Louise ZUCKER v. Frederick W. WHITRIDGE, as recr. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Motion granted. Order filed.

END OF CASES IN VOL. 157

*